AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

James Grant

V.

City Of Chicago, Rudolph Booth #18368, T.J. Herrick #3073

CASE NUMBER: 08CV4366

ASSIGNED JUDGE: JUDGE ST. EVE

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE SCHENKIER

*RECEIVED AUG 1 2008 PM 4 01 OFFICE OF THE CITY CLERK*

TO: (Name and address of Defendant)
City Of Chicago
c/o City Clerk
118 N Clark St
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kenneth N. Flaxman
200 S Michigan Ave., Ste 1240
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*J. Cervantes*

(By) DEPUTY CLERK

August 1, 2008
Date