AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

James Grant

V.

City Of Chicago, Rudolph Booth #18368, T.J. Herrick #3073

CASE NUMBER: 08CV4366

ASSIGNED JUDGE: JUDGE ST. EVE
MAGISTRATE JUDGE SCHENKIER

DESIGNATED
MAGISTRATE JUDGE:

OFFICE OF THE CITY CLERK
RECEIVED 2008 AUG 1 PM 4 01

TO: (Name and address of Defendant)

City Of Chicago
c/o City Clerk
118 N Clark St
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kenneth N. Flaxman
200 S Michigan Ave., Ste 1240
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within ___twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

J. Cervantes

**(By) DEPUTY CLERK**

**August 1, 2008**

**Date**

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 8/1/08 |
| NAME OF SERVER (PRINT) Michael Kelnins | TITLE Law Clerk |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: City Clerk, City Hall

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/4/08
             Date

Signature of Server

Address of Server: 200 S Michigan Ave, Ste 1240, Chicago 60604

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.